No. 10–5149. NOBARI ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5229. ALEXANDER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5240. SEIGFRIED *v.* GREER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–5569. SHULMAN *v.* BLUECROSS BLUESHIELD OF SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 10–5590. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5632. DEAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5744. FORREST *v.* SECOND JUDICIAL DISTRICT COURT OF NEVADA, WASHOE COUNTY, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 10–5782. GORHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5864. PHAKNIKONE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5926. BOYCE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5929. BUCKNER *v.* JONES ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–6010. WALKER *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–6042. BOYD *v.* ALLEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–6043. BELL *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.